granted. Petitioner *pro se.* *Will Wilson,* Attorney General of Texas, *George Blackburn,* Assistant Attorney General, and *Felix H. Garcia* for respondent.

No. 881. KEETON, TRADING AS VIRGINIA AUTO TOP Co., *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *John W. Riely* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States. 

No. 888. FIRST NATIONAL BANK IN INDIANA, PENNSYLVANIA, *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION; and
No. 975. PARNELL *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION. C. A. 3d Cir. Certiorari denied. *Harvey A. Miller, Jr., Harvey A. Miller, J. Lee Miller* and *Horace Stern* for petitioner in No. 888. *Edward Dumbauld* for petitioner in No. 975. *Robert L. Kirkpatrick, John G. Buchanan* and *Erwin N. Griswold* for respondent. Reported below: 241 F. 2d 455.

No. 902. IVICOLA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Louis Bender* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 912. KREY PACKING Co. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Abraham Lowenhaupt, Henry C. Lowenhaupt* and *Owen T. Armstrong* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Walter Akerman, Jr.* for the United States.